WALTER S. HODGDON *vs.* EDMUND B. FULLER & others.

Essex.   November 7, 1906. — January 1, 1907.

Present: KNOWLTON, C. J., HAMMOND, BRALEY, SHELDON, & RUGG, JJ.

*Practice, Civil,* Appeal.

On an appeal from a final decree made by a single justice of this court dismissing a petition for a writ of mandamus, where the evidence before the justice is not reported to the full court, a finding by him that the allegations of the petition were not proved cannot be revised.

PETITION for a writ of mandamus.

The case was heard by *Braley,* J., who made a final decree as follows:

" Upon the evidence of the petitioner and after full argument by him and upon consideration thereof it is found that the allegations of said petition are not proved, and it is ordered and decreed that said petition be dismissed without costs as to all the respondents and without prejudice to the rights of said petitioner, if any he has, to proceed under R. L. c. 156, § 4."

The petitioner appealed.

*W. S. Hodgdon, pro se.*

*E. S. Abbott & F. H. Pearl,* for the respondents, submitted a brief.

SHELDON, J.   We are unable to see that any question of law is raised by this appeal.   The respondents in their answer, after admitting that the respondents Fuller and Sargent were respectively the standing justice and clerk of the Central District Court of Northern Essex, denied all the other allegations made by the petitioner.   At the hearing before a single justice of this court it was found that the allegations of the petition were not proved.   The evidence before him is not reported; and this finding of fact cannot be revised.   And upon this finding evidently the petition cannot be maintained.   The decree dismissing the petition must be

*Affirmed.*